

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-13-00366-CR

Daniel James **WEEMS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6570
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

The State's Motion for Leave to File Post-Submission Supplemental Brief is hereby **GRANTED**.

It is so **ORDERED** on the 22nd day of April, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court